# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

June 06, 2023

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Hector REYES Jr. (USC)<br><br>*Defendant(s)* | )<br>)<br>) Case No. 7:23-MJ-01045-1<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 3, 2023 to May 9, 2023__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1503 | Obstruction of Justice |

This criminal complaint is based on these facts:
See attached affidavit

Approved By: AUSA Patricia Cook Profit

☑ Continued on the attached sheet.

Complaint authorized by:

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: June 6, 2023 at 1:13 p.m.

City and state: McAllen, Texas

/s/ Patrick Zaruba
*Complainant's signature*

Patrick Zaruba, DEA Special Agent
*Printed name and title*

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

1.  Since June 2020, the United States Drug Enforcement Administration (DEA), Homeland Security Investigations (HSI), United States Border Patrol (USBP), United States Fish and Wildlife CID, IRS-CID, Federal Bureau of Investigation (FBI), the United States Marshal Service (USMS) and the Texas Department of Public Safety (DPS) have been investigating a Transnational Criminal Organization (TCO) that is affiliated with and under the control of the Cartel Del Golfo (CDG). To date, the investigation has resulted in the seizure of approximately 330 kilograms of methamphetamine, 3500 kilograms of marijuana, 60 kilograms of cocaine, and over 2.1 million in assets and currency resulting in the federal arrests of over thirty subjects. Throughout this investigation Agents have utilized an extensive amount of investigative techniques to include over 38 (thirty-eight) GPS pings, 25 (twenty-five) pen registers, 21 (twenty-one) Title III wire intercepts, confidential sources, cooperating defendant, physical surveillance, electronic surveillance, GPS tracking devices, and others.

2.  On September 7, 2022 a Federal Grand Jury empaneled in the Southern District returned a True Bill of indictment for several members of the TCO to include Hector REYES Sr. a/k/a PADRINO. Accordingly, a federal arrest warrant was issued for REYES Sr. for multiple violations of Title 21 United States Code 846 and Title 21 United States Code 841 as well as several federal charges related to animal cruelty. On September 15, 2022 Agents arrived at REYES Sr.'s residence in Mission, Texas in an attempt to take him into custody for his active warrants. Upon arriving at the residence, Agents made contact with REYES Sr.'s girlfriend, Liliana RESENDEZ. RESENDEZ informed Agents that REYES Sr. had left the house in the middle of the night and was in a panic when he departed. Agents informed RESENDEZ of the active warrants for REYES Sr.'s arrest and further informed her that if she was aiding in his

flight from custody she would be charged. Several hours later, Deputies with the USMS made contact with REYES Sr. over the telephone and advised him of his warrants and instructed him to immediately turn himself in. REYES Sr. stated he was in Miami, Florida and would turn himself in.

3. USMS were unable to contact REYES Sr. again and later learned that REYES Sr. had fled to Mexico. From September 2022 to April 2023 the USMS was searching for REYES Sr. near Monterrey, Mexico after they had developed information that REYES Sr. was hiding in the area. While conducting surveillance in Mexico, USMS personnel informed DEA personnel that they believed REYES Sr. was being protected in the Monterrey area. Agents know the Monterrey, Mexico area to be currently under the control of the CDG.

4. On April 4, 2023 USMS personnel located a video that was posted from Hector REYES Jr. a/k/a TORITO's Snapchat[1] account. The video depicted multiple handheld radios transmitting an audio message in the Spanish language. Additionally, along with the audio recording, Hector REYES Jr. posted a text message along with the video that read "Un mensaje pa lo que lo andan buscando arriba odifumbo". This text translates to "A message for those that are searching up there". The following is a translation and transcription of the audio from the snapchat video:

---

[1] Snapchat is a social media platform primarily accessed through user's cellular telephone

| TRANSCRIPTION | TRANSLATION |
|---|---|
| Le voy a dar chanza pa' que se reporten a la verga, y se abran. Cualquier problema que el Padrino a mí me comunique, voy por todos, hijos de su puta madre... por cada uno de ustedes, perro, gato, cotorro. [I/I] se lo voy a sacar a la verga si lo vuelve a [I/I]. Así que ustedes ya saben. Nomás esto... les estoy dando este ultimato pa' que sepan a la verga. Puro pinche Cartel del Golfo a la verga y, y pa' que sepan que mi Padrino Hector Reyes tiene apoyo a la verga. Así que ustedes saben, ábranse a la verga porque están a tiempo, hijos de su puta madre. Así que ya saben, y le saluda el comandante Metro Siete (7) [I/I] putos a la verga, y si quieren nombre, fotos al cabo ya gobierno ya tienen fotos, hijos de su puta madre. | I am going to give you the chance to fucking check in and stand down. Any problem Padrino lets me know of, I will go get you all of you sons of bitches... for each of you dog, cat, parrot... [U/I] I am going to fucking get him out [U/I]. So, you guys already know. I am just giving you this ultimatum so that you fucking know. Nothing but Gulf Cartel and, and... So that you know that Padrino Hector Reyes has fucking support. So now you know, fucking stand down while you still have time, sons of bitches. So, you already know and this is Commander Metro Siete (7), [U/I] saying hello fucking bitches. If you want names, pictures... the government already have pictures anyway, sons of bitches. |

5. Throughout this investigation, Agents have learned that the TCO utilizes the same type of radios that were seen in the video to communicate between TCO members located in Mexico and TCO members located in the United States. Bases on training and experience, Agent's know the TCO utilizes this method of communication in order to thwart the United States Government's ability to intercept their communication. Agents believe the intent of Hector REYES Jr. posting the above referenced video was to further threaten or intimidate any of the cooperating defendants and/or Government witnesses involved in the prosecution of

REYES Sr. as well as in an attempt to hinder the Government's ability to take REYES Sr. into custody for his active federal arrest warrant.

6. On May 1, 2023 Mexican Immigration authorities located REYES Sr. and deported him to San Diego, California where he was taken into custody by USMS deputies. On the same day, Liliana RESENDEZ was arrested as she entered the United States from Mexico in Mission, Texas. RESENDEZ was arrested for her active federal arrest warrant related to Money Laundering violations that stemmed from her criminal involvement with REYES Sr.

7. On May 9, 2023 DEA Special Agent (SA) Patrick Zaruba testified at the detention hearing of RESENDEZ. During his testimony, the transcript of the audio message was submitted into evidence. Further, SA Zaruba observed REYES Jr. to be seated in the courtroom observing the testimony. After the hearing, while SA Zaruba was walking from the courthouse to his Official Government Vehicle (OGV), he observed REYES Jr. and another male, later identified as Humberto ESTRADA standing near the rear of SA Zaruba's OGV. As SA Zaruba approached his vehicle, SA Zaruba observed both REYES Jr. and ESTRADA staring directly at SA Zaruba. SA Zaruba then entered his OGV and observed both REYES Jr. and ESTRADA still staring at SA Zaruba. After a short duration of time, REYES Jr. then walked near SA Zaruba's OGV and spit toward the OGV. REYES Jr. then entered a vehicle while continuing to stare at SA Zaruba. ESTRADA and REYES Jr. then departed the parking lot.

8. On May 12, 2023, SA Zaruba and USMS Deputy Franco Quintanilla reviewed the surveillance video from the courthouse parking lot that depicted the incident mentioned above. Based on the video, it appears REYES Jr. and ESTRADA were seated in a vehicle until SA Zaruba neared the parking lot at which time REYES Jr. and ESTRADA exited their vehicle and stood in the front of their vehicle which was positioned to the rear of SA Zaruba's OGV while

SA Zaruba was walking to his OGV. The angle of the surveillance video does not cover the area of the parking lot that shows the front half of SA Zaruba's OGV or of REYES Jr's vehicle which is where the spitting took place.

9. On May 19, 2023 DEA Agents were reviewing the recorded jail calls of REYES Sr. and located a call between REYES Sr. and REYES Jr. from May 9, 2023 a few hours after the detention hearing. During the call, REYES Jr. and REYES Sr. discuss the Snapchat video and the incident in the courthouse parking lot. See the below portion of the transcription where they discuss the courthouse and the video:

| | |
|---|---|
| REYES SR | Tell her that, you know… That everything is gonna be okay and that we're gonna be okay. |
| REYES JR | *And, then, um… Well fuck, to be honest… Oh, when we were leaving…* [Clears throat] *Well, because… because we stayed there for a while, right? Uh, we stayed there talking for a while… Like, all of us out there in the parking lot.* |
| REYES SR | Uh-huh. |
| REYES JR | *And the* DEA agent *came out, and he kept on looking at us. Well, I got inside Lily's truck… Hold on* dad. [Pause] *I get in… I get on, I get on Lily's* truck *and he is in front. I mean, his* truck *is in front of me…* |
| REYES SR | Uh-huh. |
| REYES JR | *…and like, the dude got scared.* |
| REYES SR | *Why? Why did he get scared?* |
| REYES JR | *Well, because of the things that, that are said about you, and that you are over there, and, I mean, because of the stuff that I was telling you about, right?* |
| REYES SR | *Uh-huh.* |
| REYES JR | *And well, the dude got scared. And then… I mean, I left, and he came after me…* and I changed lanes, and he would change lanes. |
| REYES SR | *No kidding!* |
| REYES JR | Yeah, *and then speed up a little bit. I went into a* street. *I left, and that was it. That was done with.* |
| REYES SR | Fucking stupid, dawg. Like, man, I'm not even what they say that I am, and man… |
| REYES JR | *Oh, and the* video, *and the* video *that you sent me,* the same thing. They, they're… They wanted like, put it like, *like*… like threat to them. |

| | |
|---|---|
| | You know? |
| REYES SR | Threat? |
| REYES JR | Yeah, to, to them *and to the people that, that, that snitching and so on.* |
| REYES SR | *No kidding.* |
| REYES JR | Yeah. |
| REYES SR | So? |
| REYES JR | *No, but they don't have any* evidence, *right? They only have the* Snapchat evidence. |
| REYES SR | *From* Snapchat? |
| REYES JR | Yeah, the video. |
| REYES SR | Oh, okay. |
| REYES JR | Remember you told me to post it and I posted it? |
| REYES SR | Yeah, yeah, yeah. But [U/I] it was it was fun... Not... [Voices overlap] |
| REYES JR | Huh? |
| REYES SR | Yeah, because it was funny. |
| REYES JR | Yeah, it was funny. Exactly. [Voices overlap] |
| REYES SR | That... That's all it fucking was, it wasn't like... It was nothing else, man and... [Sighs] All right, [U/I] [Voices overlap] |
| REYES JR | *Everything will work out.* Don't worry. |

10. During the above call, REYES Jr. and REYES Sr. discuss the Snapchat video that was submitted into evidence. REYES Jr. describes the video as the "one you sent me" and "you told me to post it and I posted it". Based on all of the above information, Agents believe the video was posted to threaten and intimidate Government witnesses, and anyone that was assisting in the apprehension of REYES Sr. in violation of Title 18 United States Code Section 1503 Obstruction of Justice.